EXHIBIT A

Int. Cl.: 1

Prior U.S. Cls.: 4, 6 and 52

**United States Patent and Trademark Office**     Reg. No. 1,214,547
                                                  Registered Nov. 2, 1982

## TRADEMARK
### Principal Register



Minnesota Mining and Manufacturing Company (Delaware corporation), a.k.a. 3M
3M Center
St. Paul, Minn. 55144

For: CHEMICAL PRODUCTS USED TO CLEAN, POLISH AND RECONDITION USED CARS AND OTHER VEHICLES, in CLASS 1 (U.S. Cls. 4, 6 and 52).

First use Nov. 25, 1980; in commerce Nov. 25, 1980.

Ser. No. 308,307, filed Apr. 30, 1981.

GARY L. SHAFFER, Primary Examiner

FRED MANDIR, Examiner

Int. Cl.: 2

Prior U.S. Cl.: 6

**United States Patent and Trademark Office**  Reg. No. 1,270,473
Registered Mar. 20, 1984

**TRADEMARK**
Principal Register



Minnesota Mining and Manufacturing Company (Delaware corporation), a.k.a. 3M
3M Center
St. Paul, Minn. 55144

For: UNDERCOATING FOR VEHICLES, in CLASS 2 (U.S. Cl. 6).
First use Jan. 18, 1983; in commerce Jan. 18, 1983.

Ser. No. 414,970, filed Feb. 25, 1983.

GARY L. SHAFFER, Examining Attorney

Int. Cl.: 1

Prior U.S. Cl.: 5

**United States Patent and Trademark Office**    Reg. No. 1,363,965
Registered Oct. 8, 1985

## TRADEMARK
PRINCIPAL REGISTER



MINNESOTA MINING AND MANUFACTURING COMPANY (DELAWARE CORPORATION), AKA 3M
3M CENTER
SAINT PAUL, MN 55144

FOR: ADHESIVE USED IN THE AUTOMOTIVE INDUSTRY, IN CLASS 1 (U.S. CL. 5).

FIRST USE 2-8-1985; IN COMMERCE 2-8-1985.

OWNER OF U.S. REG. NOS. 1,311,796, 1,316,396 AND OTHERS.

SER. NO. 533,999, FILED 4-25-1985.

HELEN ROBERTS WENDEL, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cl.: 26

**United States Patent and Trademark Office**  Reg. No. 1,410,228
                                               Registered Sep. 23, 1986

## TRADEMARK
### PRINCIPAL REGISTER



MINNESOTA MINING AND MANUFACTURING COMPANY (DELAWARE CORPORATION), AKA 3M
3M CENTER
SAINT PAUL, MN 55144

FOR: PROTECTIVE EQUIPMENT—NAMELY, DISPOSABLE HOODS AND BREATHING TUBES FOR SUPPLYING FRESH AIR TO PAINTERS DURING SPRAY PAINTING OF VEHICLES, IN CLASS 9 (U.S. CL. 26).

FIRST USE 7-26-1985; IN COMMERCE 7-26-1985.

OWNER OF U.S. REG. NOS. 1,237,143 AND 1,237,168.

SER. NO. 578,870, FILED 1-22-1986.

NANCY L. HANKIN, EXAMINING ATTORNEY

Int. Cl.: 17

Prior U.S. Cls.: 5 and 35

**United States Patent and Trademark Office**   Reg. No. 1,599,607
Registered June 5, 1990

## TRADEMARK
### PRINCIPAL REGISTER



MINNESOTA MINING AND MANUFACTURING COMPANY (DELAWARE CORPORATION)
3M CENTER
SAINT PAUL, MN 55144

FOR: ADHESIVE/SEALANT FOR AUTO GLASS, IN CLASS 17 (U.S. CLS. 5 AND 35).

FIRST USE 5-4-1989; IN COMMERCE 5-4-1989.

SER. NO. 73-829,901, FILED 10-6-1989.

DEMETRA MILLS, EXAMINING ATTORNEY

Int. Cl.: 17

Prior U.S. Cls.: 5 and 12

**United States Patent and Trademark Office**  Reg. No. 1,729,347
Registered Nov. 3, 1992

## TRADEMARK
PRINCIPAL REGISTER



MINNESOTA MINING AND MANUFACTUR-
ING COMPANY (DELAWARE CORPORA-
TION), AKA 3M
3M CENTER
SAINT PAUL, MN 55144

FOR: ADHESIVE SEALANT AND CAULK-
ING COMPOUND FOR AUTOMOTIVE USE, IN
CLASS 17 (U.S. CLS. 5 AND 12).

FIRST USE 9-25-1991; IN COMMERCE 9-25-1991.

SER. NO. 74-216,466, FILED 10-28-1991.

KEITH L. HENDERSON, EXAMINING ATTOR-
NEY

Int. Cl.: 2

Prior U.S. Cls.: 6, 11 and 16

**United States Patent and Trademark Office**  Reg. No. 1,959,106
Registered Feb. 27, 1996

## TRADEMARK
### PRINCIPAL REGISTER



MINNESOTA MINING AND MANUFACTURING COMPANY (DELAWARE CORPORATION), AKA 3M
3M CENTER
SAINT PAUL, MN 551441000

FOR: COATINGS IN THE NATURE OF OVER SPRAY MASKING LIQUID FOR USE IN THE AUTOMOTIVE INDUSTRY, IN CLASS 2 (U.S. CLS. 6, 11 AND 16).

FIRST USE 8-13-1993; IN COMMERCE 8-13-1993.

OWNER OF U.S. REG. NOS. 1,859,373, 1,902,540 AND OTHERS.

SER. NO. 74-695,354, FILED 6-30-1995.

CHRISIE B. KING, EXAMINING ATTORNEY

Int. Cl.: 4

Prior U.S. Cls.: 1, 6 and 15

Reg. No. 1,959,107

**United States Patent and Trademark Office**   Registered Feb. 27, 1996

## TRADEMARK
### PRINCIPAL REGISTER

### 3M

MINNESOTA MINING AND MANUFACTURING COMPANY (DELAWARE CORPORATION), AKA 3M
3M CENTER
SAINT PAUL, MN 551441000

FOR: DUST CONTROL SPRAY AND DUST LAYING AND ABSORBING COMPOSITIONS FOR USE ON SPRAY BOOTH WALLS FOR USE IN THE AUTOMOTIVE INDUSTRY, IN CLASS 4 (U.S. CLS. 1, 6 AND 15).

FIRST USE 8-31-1993; IN COMMERCE 8-31-1993.

OWNER OF U.S. REG. NOS. 1,859,373, 1,902,540 AND OTHERS.

SER. NO. 74-695,367, FILED 6-30-1995.

CHRISIE B. KING, EXAMINING ATTORNEY

Int. Cl.: 2

Prior U.S. Cls.: 6, 11 and 16

Reg. No. 1,959,108

**United States Patent and Trademark Office** Registered Feb. 27, 1996

## TRADEMARK
### PRINCIPAL REGISTER

### 3M

MINNESOTA MINING AND MANUFACTURING COMPANY (DELAWARE CORPORATION), AKA 3M
3M CENTER
SAINT PAUL, MN 551441000

FOR: COATINGS IN THE NATURE OF OVER SPRAY MASKING LIQUID FOR USE IN THE AUTOMOTIVE INDUSTRY, IN CLASS 2 (U.S. CLS. 6, 11 AND 16).

FIRST USE 8-13-1993; IN COMMERCE 8-13-1993.

OWNER OF U.S. REG. NOS. 1,859,373, 1,902,540 AND OTHERS.

SER. NO. 74-695,368, FILED 6-30-1995.

CHRISIE B. KING, EXAMINING ATTORNEY

Int. Cl.: 2

Prior U.S. Cls.: 6, 11 and 16

**United States Patent and Trademark Office**  Reg. No. 1,959,109
Registered Feb. 27, 1996

## TRADEMARK
### PRINCIPAL REGISTER



MINNESOTA MINING AND MANUFACTURING COMPANY (DELAWARE CORPORATION), AKA 3M
3M CENTER
SAINT PAUL, MN 551441000

FOR: COATING WHICH PROTECTS SPRAY BOOTH WALLS FROM PAINT AND PRIMER OVER SPRAY FOR USE IN THE AUTOMOTIVE INDUSTRY, IN CLASS 2 (U.S. CLS. 6, 11 AND 16).

FIRST USE 8-31-1993; IN COMMERCE 8-31-1993.

OWNER OF U.S. REG. NOS. 1,859,373, 1,902,540 AND OTHERS.

SER. NO. 74-695,369, FILED 6-30-1995.

CHRISIE B. KING, EXAMINING ATTORNEY

Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51 and 52

**United States Patent and Trademark Office**

Reg. No. 2,072,005
Registered June 17, 1997

## TRADEMARK
### PRINCIPAL REGISTER

### 3M

MINNESOTA MINING AND MANUFACTURING COMPANY (DELAWARE CORPORATION), AKA 3M
3M CENTER
SAINT PAUL, MN 551441000

FOR: PREPARATIONS FOR CLEANING, POLISHING, GLAZING, WAXING, RESTORING OR PRESERVING FINISHED SURFACES OF MOTORIZED VEHICLES; RUBBING COMPOUND, GLOSS ENHANCER, PLASTIC, CHROME AND METAL POLISH, PLASTIC CLEANER, VINYL CLEANER AND RESTORER, TIRE AND WHEEL CLEANER, TIRE DRESSING FOR MOTORIZED VEHICLES, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 11-28-1995; IN COMMERCE 11-28-1995.

SER. NO. 75-186,789, FILED 10-24-1996.

ODETTE BONNET, EXAMINING ATTORNEY

Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51 and 52

**United States Patent and Trademark Office**

Reg. No. 2,103,462
Registered Oct. 7, 1997

## TRADEMARK
### PRINCIPAL REGISTER

### 3M

MINNESOTA MINING AND MANUFACTURING COMPANY (DELAWARE CORPORATION), AKA 3M
3M CENTER
SAINT PAUL, MN 551441000

FOR: CHEMICAL PRODUCTS USED TO CLEAN, POLISH AND RECONDITION CARS AND OTHER VEHICLES, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 12-6-1995; IN COMMERCE 12-6-1995.

OWNER OF U.S. REG. NO. 1,214,547.

SER. NO. 75-186,792, FILED 10-24-1996.

ODETTE BONNET, EXAMINING ATTORNEY





