# EXHIBIT B





Home Page | About us | Contact Us | Services | Location | Promotions | Testimonials

# 3ms Automotive Inc.

## Services

Hybrid Vehicle Service
Complete Auto Repair
4 Wheel Computerized Alignment
Brakes
Air Conditioning
Electrical/Starting/Charging
Suspension/Shocks/Struts
Engine Repair
Cooling System/Radiators
Belts/Hoses
Computer Diagnostics/Reprogramming
Preventative Maintenance
Antilock Brakes
Power Windows/Locks
Power Steering
Fuel Injection
Clutches
Tune Up
Lube/Oil and Filter
Drivetrain System
Emission Control

